UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00106-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DURWARD D CASTEEL (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER OF ACCEPTANCE OF PLEA AGREEMENT

On June 1, 2021, Defendant Durward Casteel appeared before Magistrate Judge Carol B. Whitehurst by referral of the undersigned for the purpose of accepting a guilty and allocution under Rule 11 of the Federal Rules of Criminal Procedure. After finding that Defendant was fully competent and his plea of guilty was knowing and voluntary, and that his guilty plea to Count 1 was fully supported by a written factual basis for each of the essential elements of the offense, and noting that Defendant voluntarily waived the fourteen (14) day objection period,

**IT IS ORDERED** that the Court fully ADOPTS the Report and Recommendation (Doc. 17) and adjudges Defendant Durward Casteel guilty of the offense charged in Count 1.

**THUS DONE AND SIGNED** in Chambers on this 4th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**